UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DR. TERRY BECKER-HARTLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-0779-RLY-TAB |
| | ) | |
| UNION FIDELITY LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**

The Defendant's unopposed motion to dismiss is **GRANTED**. The reasons for this ruling is that the Complaint is not signed and has not been submitted by either the Plaintiff herself or by an attorney licensed to represent the Plaintiff in either the Indiana state courts (from which the action was removed) or in this court.

It is well known that a litigant in federal court may either appear *pro se* or by counsel. *Lewis v. Lenc-Smith Manufacturing Co.*, 784 F.2d 829, 830 (7th Cir. 1986); 28 U.S.C. § 1654. When neither of these things occurs, as the court finds the case to be here, there is an incongruence which must be addressed. It will be addressed in this case through the Defendant's motion to dismiss being granted. The Plaintiff shall have ten (10) calendar days from the issuance of this Entry in which to **either appear by counsel or ratify the complaint** through her own written filing. If neither of these steps is taken, judgment dismissing the action without prejudice will be issued without further notice to

1

the parties.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that

Defendant's Motion to Dismiss (Docket # 11) is **GRANTED**.

**SO ORDERED** this  27th   day of August 2007.

                                                           _____
                                                           RICHARD L. YOUNG, JUDGE
                                                           United States District Court
                                                           Southern District of Indiana

Electronic Copies to:

Andrew Lorin Campbell
BAKER & DANIELS
andrew.campbell@bakerd.com

Thomas G. Stayton
BAKER & DANIELS
tstayton@bakerd.com

Copy to:

Robert Goldstein
P.O. Box 7579
Indianapolis, IN 46207